CASE NO. 1:25-cv-01086-WO-JLW

F&D INTERNATIONAL CORP.,
a North Carolina corporation,

      Plaintiff,

v.

U.S. FOOD AND DRUG ADMINISTRATION;
MARTIN A. MAKARY, M.D., in his official
capacity as Commissioner of Food and Drugs;
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES; and
ROBERT F. KENNEDY JR., in his official
capacity as Secretary of Health and Human
Services,

      Defendants.
_____/

## PLAINITFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, F&D INTERNATIONAL CORP., through undersigned and pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action

without prejudice, with each party to bear its own fees and costs.

Dated: May 6, 2026

Respectfully submitted,

By: */s/ Gustavo A. Bravo*
    Gustavo A. Bravo, Esq.*
    Florida Bar No. 551287
    *Lead Counsel for Plaintiff*

    BRAVO LAW
    1555 Bonaventure Blvd., Suite 157
    Weston, Florida 33326
    Telephone: (954) 790-6711
    gbravo@lawbravo.com
    efile@lawbravo.com

By: */s/ Neil D. Kodsi*
    Neil D. Kodsi, Esq.
    North Carolina Bar No. 23228
    *Local Counsel for Plaintiff*

    FELDMAN KODSI
    8325 NE 2nd Ave., Suite 204
    Miami, FL 33138
    Telephone: (305) 445-2005
    NKodsi@FeldmanKodsi.com

* Appearing by Special Appearance Pursuant to L.R. 83.1(d)